# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CERENCE OPERATING COMPANY,<br><br>        *Plaintiff,*<br><br>v.<br><br>SONY GROUP CORPORATION,<br>SONY CORPORATION OF AMERICA, and<br>SONY ELECTRONICS INC.,<br><br>        *Defendants.* | Case No. 2:25-CV-00757-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT SONY'S UNOPPOSED MOTION TO STAY
PENDING THE FINAL DISPOSITION OF OVERLAPPING CLAIMS IN
THE UNITED STATES INTERNATIONAL TRADE COMMISSION**

## INTRODUCTION

Pursuant to 28 U.S.C. § 1659(a), Defendants Sony Group Corporation, Sony Corporation of America, and Sony Electronics Inc. (collectively, "Sony") respectfully move to stay this action in its entirety pending the final disposition of the United States International Trade Commission ("ITC") investigation entitled *In the Matter of Certain Smart Televisions,* Inv. No. 337-TA-1461 (the "1461 Investigation"), including any appeals. In the 1461 Investigation, Plaintiff Cerence Operating Company ("Cerence") alleges infringement by the same Sony entities of the same four patents that are at issue in this case. Because the 1461 Investigation was recently instituted, and this case involves the same parties and patents, 28 U.S.C. § 1659(a) requires that the Court stay all proceedings in this case. Plaintiff Cerence does not oppose the requested stay.

## STATEMENT OF FACTS

On August 1, 2025, Cerence filed its Complaint in this lawsuit alleging that Sony infringes U.S. Patent Nos. 7,840,579 (the "'579 patent"), 7,894,598 (the "'598 patent"), 8,189,810 (the "'810 patent"), and 9,171,541 (the "'541 patent"). Dkt. No. 1 ¶¶ 1, 24–51 & Exs. 1, 3, 5, 7. On August 3, 2025, Cerence filed a Complaint against Sony in the 1461 Investigation, which was further supplemented on August 25, 2025, September 8, 2025, and September 11, 2025. In the 1461 Investigation, Cerence alleges a violation of Section 337 of the Tariff Act of 1930 (19 U.S.C. § 1337) on the grounds that the same three Sony entities infringe every claim of the same four asserted patents. *See* Ex. A (Non-Confidential Complaint in the 1461 Investigation) ¶¶ 1-4, 66–75, 85–94, 105–114, 125–134. On September 25, 2025, the ITC issued a Notice of Institution of the 1461 Investigation (*see* Ex. B), which was published in the Federal Register on September 30, 2025. *See* 90 Fed. Reg. 46919 (Sept. 30, 2025).

## LEGAL STANDARD

Section 1659 of Title 28 provides that, "at the request of a party to [a] civil action that is also a respondent in [a] proceeding before the Commission, the district court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission." 28 U.S.C. § 1659(a). This stay is mandatory where the parties to the civil action are also parties in the ITC proceeding, and the party seeking the stay files its request within thirty days of the later of (1) the party being named a respondent in the ITC proceeding, or (2) the filing of the district court action. *Id.* § 1659(a)(1)–(2). The mandatory stay continues until "the Commission proceedings are no longer subject to judicial review," including in any appeal. *In re Princo Corp.*, 478 F.3d 1345, 1355, 1357 (Fed. Cir. 2007).

## ARGUMENT

Because the requirements of Section 1659(a) are met for each count of Cerence's Complaint, the Court should stay this lawsuit in its entirety. *First*, the Complainant in the 1461 Investigation is Cerence, and the Respondents include the same three Sony entities (Sony Group Corporation, Sony Corporation of America, and Sony Electronics Inc.) named as Defendants here. As such, the parties to this lawsuit are also parties to the 1461 Investigation. *Compare* Dkt. No. 1 ¶¶ 2-5, *with* Ex. A. ¶¶ 1-2. *Second*, Cerence alleges infringement of the same four patents—the '579, '598, '810, and '541 patents—in this lawsuit and in the 1461 Investigation, where it alleges that every claim of every patent is infringed. *Compare* Dkt. No. 1 ¶¶ 1, 24–51, *with* Ex. A ¶¶ 3–4, 66–75, 85–94, 105–114, 125–134. Thus, the claims in this lawsuit involve the same issues as claims in the 1461 Investigation. *See, e.g.*, *Evolved Wireless LLC v. Samsung Elecs. Co., Ltd.*, No. 2-21-CV-00033-JRG, 2021 WL 7161368, at *1 (E.D. Tex. Mar. 10, 2021) (concluding that the "same-issues" requirement is met

because "all patents-in-suit . . . are the subject of . . . infringement allegations in the ITC Action"). *Third*, Sony is filing the present motion within 30 days of the ITC's institution of the 1461 Investigation on September 25, 2025. *See* Ex. B. This motion is therefore timely. *See Evolved Wireless*, 2021 WL 7161368, at *1 ("Defendants . . . have filed their Motion within thirty days of the ITC's institution of an investigation").

## CONCLUSION

For the foregoing reasons, Sony respectfully submits that the Court should stay this lawsuit pending the final disposition of the 1461 Investigation, including any appeals.

Dated: October 9, 2025

Respectfully submitted,

/s/ Deron Dacus
Deron Dacus
Texas State Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543
ddacus@dacusfirm.com

Lewis V. Popovski
Ryan J. Sheehan
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
lpopovski@pbwt.com
rsheehan@pbwt.com

*Attorneys for Defendants Sony Group Corporation, Sony Corporation of America, and Sony Electronics Inc.*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via CM/ECF on October 9, 2025.

/s/ Deron Dacus
Deron Dacus

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rules CV-7(h) and (i), counsel for the parties met and conferred telephonically on October 6, 2025 regarding the relief requested in this Motion. Counsel for Plaintiff indicated that Plaintiff does not oppose the Motion.

/s/ *Deron Dacus*
Deron Dacus